[Civil No. 1614.  Filed December 31, 1917.]

[169 Pac. 458.]

HENRY MOUNCE and E. E. MOUNCE, Appellants, v. LEE N. GARRETT, Appellee.

1. APPEAL AND ERROR—DISMISSAL—PROCEEDINGS FRIVOLOUS OR FOR DELAY.—Where, after an appeal was perfected, no subsequent steps were taken to prosecute the appeal to effect, the appeal will be dismissed, as taken for delay.

2. COSTS—DAMAGES FOR FRIVOLOUS APPEAL.—On dismissal of an appeal, which appellant has not prosecuted, on the ground that it was taken for delay, a sum not exceeding ten per cent of the amount of the judgment will be awarded to appellee as damages for a frivolous appeal.

APPEAL from a judgment of the Superior Court of the county of Gila.   G. W. Shute, Judge.   Appeal dismissed.

Mr. L. L. Henry, for Appellants.

Mr. Jay Good, for Appellee.

FRANKLIN, C. J.—Appellee moves to docket and dismiss this appeal as for a frivolous appeal.  The motion is not opposed.   With the motion is filed the certificate of the clerk of the superior court, showing, among other things, that on the nineteenth day of April, 1917, appellant perfected his appeal from a judgment entered in favor of appellee for the sum of $250, with interest and costs, and that subsequent thereto no steps whatever have been taken by appellant to prosecute his appeal to effect.  This appeal appears to have been taken solely for delay, and on the authority of *Willis* v. *Ivy,* 16 Ariz. 120, 141 Pac. 570, *Nienstedt* v. *Dorrington,* 16 Ariz. 121, 141 Pac. 569, and *Baca* v. *Noyes-Norman Shoe Co.,* 18 Ariz. 386, 161 Pac. 884, it is ordered that, upon appellee paying to the clerk of this court the cost required by law therefor, said appeal be docketed in this court, and the same dismissed.

It is further adjudged that a sum not exceeding ten per cent of the amount of the judgment appealed from be and the same is hereby fixed at $25, which amount is awarded to appellee as damages for a frivolous appeal.  Appellee recovers his costs in this court.

CUNNINGHAM and ROSS, JJ., concur.